**815 CITY OF DETROIT vs. CIRCUIT JUDGE (Wayne), No. 13275½.**

To dissolve an injunction restraining interference with use of space about the Central Market Building, for market purposes, upon a bill filed by lessees of stalls in said building.

Order to show cause denied February 1, 1893.

**816 CITY OF CORUNNA vs. CIRCUIT JUDGE (Shiawassee), No. 14122½.**

To compel respondent to grant a preliminary injunction restraining the receiver of a street railway company from operating certain "combination motors and passenger cars," without the consent of the common council, under an ordinance which provided that said company shall use only the so-called "Healy motors."

Order to show cause denied April 3, 1894.

**817 DETROIT & ERIN PLANK ROAD CO. vs. CIRCUIT JUDGE (Macomb), No. 15518; 67 N. W., 531; 3 D. L. N., 153.**

To vacate an injunction restraining relator from using, in the construction of its road-bed, material other than that prescribed by statute and such as, if used, will render said road-bed dangerous, unsafe and impassable.

Denied May 18, 1896, with costs.